1  JOHNSON LAW FIRM, A P.C.
   FRANK J. JOHNSON (174882)
2  655 W. Broadway, Suite 1400
   San Diego, CA  92101
3  Telephone:  619/230-0063
   619/233-5535 (fax)
4  frank@johnsonlawfirmapc.com

5  THE WEISER LAW FIRM, P.C.
   ROBERT B. WEISER
6  121 N. Wayne Avenue, Suite 100
   Wayne, PA  19087
7  Telephone:  610/225-2677
   610/225-2678 (fax)
8
   **Attorneys for Plaintiff**
9

10
                        UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12

13

14  NIKOLAOS PETSINIS, Derivatively on   )   No. 06 7215
    Behalf of EQUINIX, INC.,              )
                                          )   NOTICE OF VOLUNTARY DISMISSAL
15                           Plaintiff,   )
                                          )
16        vs.                             )
                                          )
17  PETER F. VAN CAMP, KEITH D. TAYLOR,   )
    SUSHIL KAPOOR, MARJORIE S.            )
18  BACKAUS, RENÉE F. LANAM, PETER T.     )
    FERRIS, BRANDI GALVIN MORANDI,        )
19  PHILIP J. KOEN, SCOTT KRIENS, LOUIS J.)
    LAVIGNE, JR., STEVEN T. CLONTZ,       )
20  STEVEN P. ENG and GARY HROMADKO,      )
                                          )
21                           Defendants,  )
                                          )
22        – and –                         )
                                          )
23  EQUINIX, INC., a Delaware corporation,)
                                          )
24                   Nominal Defendant.   )
                                          )
25

26

27

28

1 | Plaintiff voluntarily dismisses this action without prejudice.

2 | DATED: April 13, 2007                     JOHNSON LAW FIRM, A P.C.
                                              FRANK J. JOHNSON

                                              _____
                                                      FRANK J. JOHNSON

                                              402 W. Broadway, 27th Floor
                                              San Diego, CA  92101
                                              Telephone:  619/230-0063
                                              619/230-1839 (fax)

                                              THE WEISER LAW FIRM, P.C.
                                              ROBERT B. WEISER
                                              121 N. Wayne Avenue, Suite 100
                                              Wayne, PA  19087
                                              Telephone:  610/225-2677
                                              610/225-2678 (fax)

                                              Attorneys for Plaintiff

SHAREHOLDER DERIVATIVE COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**Error! No text of specified style in document.**                                              - 1 -

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

_____
ATTORNEY OF RECORD FOR PLAINTIFF
NIKOLAOS PETSINIS